

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ERIC LOUIS BLOUNT                                    CIVIL ACTION

VERSUS                                               NUMBER: 05-3081

ATTORNEY BARNEY WILLIAMS                             SECTION: "J"(5)


O R D E R


The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's complaint, insofar as it can be construed as a request for habeas corpus relief, be **DISMISSED** without prejudice for failure to exhaust available state court remedies.

___ Fee_____
___ Process_____
_X_ Dkt_____
___ CtRmDep_____
___ Doc. No._____

**IT IS FURTHER ORDERED** that plaintiff's §1983 claim be dismissed with prejudice under 28 U.S.C. §1915(e)(2)(B)(i).

New Orleans, Louisiana, this 26th day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE